# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0629
LT Case No. 2020-CF-3450

_____

ADRAIN COVINGTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce III,
Assistant Public Defender, Daytona Beach, for Appellant.

No Appearance for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____